*Wood & Vandiviere,* contra.

---

16323. GOLDEN'S FOUNDRY & MACHINE COMPANY *v.* WIGHT *et al.*

STEPHENS, J. 1. A corporation may transact business within its corporate powers in a name other than its legally authorized corporate name. *Saunders System* v. *Drive It Yourself Co.*, 158 *Ga.* 1 (123 S. E. 132); *Rome Machine & Foundry Co.* v. *Davis Foundry & Machine Works*, 135 *Ga.* 18 (3) (68 S. E. 800); *McClain* v. *Georgian Co.*, 17 *Ga. App.* 648 (3) (87 S. E. 1090); 14 C. J. 591.

2. The officers of a corporation who transact its business under an assumed or trade name are not liable to a person dealing with them as a corporation in ignorance of this fact for a debt contracted by them under the assumed name, upon the theory that they are partners, having assumed to act as a corporation before having complied with the statutory requirements prerequisite to their organization as a corporation legally

---

Corporations, 14 C. J. p. 308, n. 88, 89; 14a C. J. p. 591, n. 67.
Partnership, 30 Cyc. p. 402, n. 39 New; p. 592, n. 26.

authorized to do business. Pilsen Brewing Co. *v.* Wallace, 291 Ill. 59 (125 N. E. 714, 8 A. L. R. 579).

3. In a suit against named persons, which seeks to recover against them as partners upon a contract made by them with the plaintiff in behalf of a purported corporation styled Wight & Jones Company, where it appears from undisputed evidence that the plaintiff contracted with Wight & Jones Company as a corporation, that the name Wight & Jones Company was but an assumed or trade name of an existing corporation styled Wight-Jones Seed & Implement Company, and that the contract sued on was executed by the corporation acting in its assumed or trade name through the defendants as its legally authorized officers, a verdict for the defendants was properly directed.

4. No error appears.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 18, 1926.

Complaint; from Grady superior court—Judge Custer. February 7, 1925.

*Henry R. Goetchius, Titus & Dekle,* for plaintiff.